**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

-----

**No. 95-6728**

-----

UNITED STATES OF AMERICA,

          Plaintiff - Appellee,

  versus

RICKY JENNINGS BRAWLEY,

          Defendant - Appellant.

-----

Appeal from the United States District Court for the District of
South Carolina, at Greenville.  G. Ross Anderson, Jr., District
Judge.  (CR-90-394, CA-94-509-3-6-AK)

-----

Submitted:  January 18, 1996   Decided:  February 1, 1996

-----

Before HAMILTON and LUTTIG, Circuit Judges, and CHAPMAN, Senior
Circuit Judge.

-----

Affirmed by unpublished per curiam opinion.

-----

Keith Eric Golden, GOLDEN, MEIZLISH & ELWOOD CO., L.P.A., Columbus,
Ohio, for Appellant.  David Calhoun Stephens, Assistant United
States Attorney, Greenville, South Carolina, for Appellee.

-----

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order denying his 28 U.S.C. § 2255 (1988) motion. We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge, and find no reversible error. Accordingly, we deny Appellant's motion to convert this appeal to a formal briefing track and affirm on the reasoning of the district court. <u>United States v. Brawley</u>, No. CR-90-394; CA-94-509-3-6-AK (D.S.C. Apr. 20, 1995). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2